## In Re Millbourne Borough (No. 2).

Argued with In re Millbourne (No. 1), ante p. 19. Appeal, No. 000, Oct. T., 1910, by the Upper Darby School District et al., from decree of Q. S. Delaware Co., Misc. Q. S. 345, incorporating the borough of Millbourne. Before RICE, P. J., HENDERSON, MORRISON, ORLADY, HEAD, BEAVER and PORTER, JJ. Affirmed.

*V. Gilpin Robinson*, with him *William C. Alexander* and *A. Lewis Smith*, for appellants.

*O. B. Dickinson*, with him *I. E. Johnson*, for appellees.

OPINION BY HENDERSON, J., March 3, 1911:

This case arises out of the same decree appealed from by Howard Sellers et al., at No. 252, October Term, 1909, in which case an opinion has been this day filed ante, p. 19. In that opinion we considered the questions raised in the present appeal and disposed of them adversely to the position assumed by the appellants.

The appeal is dismissed and the decree affirmed at the cost of the appellants.